# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Nicole B. Silverberg,<br><br>    Plaintiff(s),<br><br>v.<br><br>Sandford H. Barsky,<br><br>    Defendant(s). | Case No. 2:25-cv-02148-CDS-NJK<br><br>**REPORT AND RECOMMENDATION** |

Plaintiffs "generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court against the same defendant." *Mendoza v. Amalgamated Transit Union Int'l*, 30 F.4th Cir. 879, 886 (9th Cir. 2022) (citation and quotation marks omitted). In *in forma pauperis* cases involving screening, "[t]here is no abuse of discretion where a district court dismisses under § 1915[e] a complaint 'that merely repeats pending or previously litigated claims.'" *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citing *Bailey v. Johnson,* 846 F.2d 1019, 1021 (5th Cir.1988)).

The proposed complaint submitted here subject to screening, Docket No. 1-2, is identical to Plaintiff's complaint that was already screened and filed on the docket in another pending case, *see Silverberg v. Barsky*, Case No. 2:25-cv-02197-GMN-EJY, Docket No. 1-1 (D. Nev. Nov. 5, 2025); *see also id.*, Docket No. 7 (D. Nev. Nov. 13, 2025) (screening order). Accordingly, the undersigned **RECOMMENDS** that this action be dismissed and closed.[1]

Dated: December 5, 2025

                                                            Nancy J. Koppe<br>
                                                            United States Magistrate Judge

---

[1] Plaintiff's other case was initiated five days after this case was initiated. It would generally be the later-initiated case that would be dismissed on duplication grounds. In the circumstance of this case, however, the latter case is more advanced given that the screening order has already issued and the complaint has been filed on the docket.

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).