UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Nicole Beverly Silverberg, | Case No. 2:25-cv-02148-CDS-NJK |
| Plaintiff | Order Adopting the Magistrate Judge's Report and Recommendation and Dismissing the Case |
| v. | |
| Sanford Howard Barsky, | |
| Defendant | [ECF No. 3] |

Nicole Silverberg initiated this action by filing a complaint for damages and injunctive relief, and application to proceed *in forma pauperis*. ECF Nos. 1, 1-2. So United States Magistrate Judge Nancy J. Koppe screened the complaint and issued a report and recommendation (R&R) that I dismiss this case because it "is identical to Plaintiff's complaint that was already screened and filed on the docket in another pending case." R&R, ECF No. 3 (citing ECF No. 1-1 in *Silverberg v. Barsky*, Case No. 2:25-cv-02197-GMN-EJY). Judge Koppe reasons that "the latter case is more advanced given that the screening order has already issued and the complaint has been filed on the docket." ECF No. 3 at n.1. Silverberg had until December 19, 2025, to file any specific written objections to the R&R. *Id.* at 2 (citing Local Rule IB 3-2(a) (stating that parties wishing to object to the magistrate judge's findings and recommendations must file specific written objections within fourteen days)); *see also* 28 U.S.C. § 636(b)(1) (same).

Here, no objection is filed and the time to do so has passed. The law is clear that "no review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections are filed. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I therefore accept and adopt the R&R in its entirety.

## Conclusion

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 3] is accepted in full**. Silverberg's complaint is dismissed without prejudice.

Because this case is dismissed as duplicative, the Clerk of Court is kindly directed to close this case.

Dated: December 24, 2025

_____
Cristina D. Silva
United States District Judge